MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

Attorney for Plaintiff Cascades Projection LLC

(See Signature Page for Names and Addresses of Additional Counsel for Plaintiff)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASCADES PROJECTION LLC, | Case No. 8:15-CV-00050 |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| vs. | |
| CHRISTIE DIGITAL SYSTEMS USA, INC., | DEMAND FOR JURY TRIAL |
| Defendant. | |

Plaintiff Cascades Projection LLC ("Cascades"), by its undersigned attorney, for its complaint against defendant Christie Digital Systems USA, Inc. ("Christie"), hereby alleges as follows:

1. This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

## PARTIES

2. Plaintiff Cascades is an Illinois limited liability company having its principal place of business at 500 Skokie Boulevard, Suite 250, Northbrook, IL 60062. Cascades is the exclusive licensee and holder of all substantial rights to U.S. Patent Number 7,688,347 ("the '347 patent").

3. Defendant Christie Digital Systems USA, Inc. is a corporation organized and existing under the laws of California, with its principal place of

-1-

3488227v1/014268

1  business located in Cypress, California. Christie transacts substantial business,
2  either directly or through its agents, on an ongoing basis in this judicial district and
3  elsewhere in the United States.

## JURISDICTION AND VENUE

5  4. This complaint states claims arising under the patent laws of the United
6  States. Plaintiff Cascades asserts causes of action under 35 U.S.C. § 271 for
7  infringement of its patent. This Court has original and exclusive subject matter
8  jurisdiction over this claim pursuant to 28 U.S.C. §§ 1331 and 1338(a).

9  5. This Court has personal jurisdiction over the defendant pursuant to Fed.
10 R. Civ. P. 4(k)(1)(A) and California's long arm statute, Cal. Code Civ. P. § 410.10.

11 6. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and
12 1400(b).

## BACKGROUND

14 7. Eugene Dolgoff is an instrumental figure in the development of
15 holography and video projection systems. In 1971, Dolgoff invented a technique
16 for holographic transfer printing—a technique still used on credit cards today.
17 Throughout the 1970s and 1980s, Dolgoff consulted for industry and the military
18 and developed three-dimensional X-rays, CAT-scan, ultrasound, and MRI
19 technologies. In 1984, Dolgoff built the world's first single-panel LCD digital
20 video projector. Dolgoff's work led to him being selected as a member of the
21 American Electronics Association High-Definition TV Task Force and the National
22 Association of Photographic Manufacturers Standards Subcommittee IT 7-3, which
23 defined the standards for fixed resolution electronic projectors.

24 8. Among his innovations, Dolgoff developed several techniques to
25 increase the efficiency of light use in digital projection systems. Early projection
26 systems used light inefficiently, causing significant amounts of light from a
27 projector's lamp to be wasted. The result was a dim image, difficult to see without
28 turning off any other light sources in the room. Furthermore, early projection

systems did not use light uniformly across the image—causing the image to be dim around its outer edge. Nor did they attempt to evenly disperse the color of the light emanating from its light source.

9. Dolgoff developed several optical techniques to increase the efficiency of light use, and the uniformity of brightness and color, in digital projection systems.

10. Dolgoff's research led to the issuance of United States Patent No. 7,688,347. The '347 patent was duly and legally issued on March 30, 2010 for an invention entitled "High-Efficiency Display System Utilizing an Optical Element to Reshape Light with Color and Brightness Uniformity." A true and correct copy of the '347 patent is attached hereto as Exhibit A.

11. Dolgoff is the sole owner of the '347 patent.

12. On September 19, 2014, Dolgoff executed an Exclusive License Agreement with Cascades. The Exclusive License Agreement granted Cascades a non-revocable exclusive license with all substantial rights in the '347 patent, in consideration for which, among other things, Dolgoff is entitled to receive a percentage of the licensing revenues.

## COUNT 1 – INFRINGEMENT OF U.S. PATENT NO. 7,688,347

13. Christie has infringed and continues to infringe one or more claims of the '347 patent by its manufacture, use, sale, importation, and/or offer for sale of certain digital projector systems, including but not limited to Christie's CP2210 projector. Christie is liable for its infringement of the '347 patent pursuant to 35 U.S.C. § 271.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Cascades requests entry of judgment in its favor and against Christie as follows:

    a. Declaring that Christie has infringed U.S. Patent No. 7,688,347;

3488227v1/014268

     b.    Awarding the damages arising out of Christie's infringement of U.S. Patent No. 7,688,347 to Cascades, together with prejudgment and post-judgment interest, in an amount according to proof;

     c.    Awarding attorneys' fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law; and

     d.    Awarding such other costs and further relief as the Court may deem just and proper.

Dated: January 13, 2015

MARC M. SELTZER
SUSMAN GODFREY L.L.P.

STEPHEN D. SUSMAN
(Texas State Bar No. 19521000)
ssusman@susmangodfrey.com
IAN M. GORE
(New York State Bar No. 5215975)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone: (212) 336-8330
Fax: (212) 336-8340

EDGAR SARGENT
(Washington State Bar No. 28283)
esargent@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Fax: (206) 516-3883

DANIEL J. KRUEGER
(Texas State Bar No. 24046244)
dan@kipatents.com
KRUEGER ISELIN LLP
P.O. Box 1906
Cypress, TX 77410
Telephone: (281) 825-5235 Ext. 810
Fax: (713) 568-1888

By: */s/ Marc M. Seltzer*
      Marc M. Seltzer
      Attorneys for Plaintiff CASCADES PROJECTION LLC

3488227v1/014268

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Cascades respectfully requests a trial by jury on all issues.

Dated: January 13, 2015

MARC M. SELTZER
SUSMAN GODFREY L.L.P.

STEPHEN D. SUSMAN
(Texas State Bar No. 19521000)
ssusman@susmangodfrey.com
IAN M. GORE
(New York State Bar No. 5215975)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone: (212) 336-8330
Fax: (212) 336-8340

EDGAR SARGENT
(Washington State Bar No. 28283)
esargent@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Fax: (206) 516-3883

DANIEL J. KRUEGER
(Texas State Bar No. 24046244)
dan@kipatents.com
KRUEGER ISELIN LLP
P.O. Box 1906
Cypress, TX 77410
Telephone: (281) 825-5235 Ext. 810
Fax: (713) 568-1888

By: */s/ Marc M. Seltzer*
   Marc M. Seltzer
   Attorneys for Plaintiff CASCADES
   PROJECTION LLC

3488227v1/014268